IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEENAN ROBERTS** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-57 |
| | : | |
| **THE HARTFORD LIFE AND** | : | |
| **ACCIDENT INSURANCE COMPANY** | : | |

# ORDER

**AND NOW**, this 17th day of February 2023, upon considering the parties' attached Letter reporting the parties have settled the above-captioned matter, it is **ORDERED**:

1. The action is **DISMISSED** with prejudice pursuant to Local Rule 41.1(b); and,

2. The Clerk of Court shall **close** this case.

**MURPHY, J.**



February 17, 2023

VIA Email: Murphy_Chambers@paed.uscourts.gov
The Honorable John F. Murphy
United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

    RE:    Roberts v. The Hartford Life and Accident Ins.Co.
    Docket No.:    23-57

Dear Judge Murphy:

    The Parties are pleased to report that they have reached a settlement in principle to resolve the instant matter. The Parties respectfully request that this Honorable Court enter an Order dismissing this matter with prejudice pursuant to Local Rule 41.1(b).

    Thank you for your consideration in this matter.

    RESPECTFULLY SUBMITTED,

    MICHAEL J. PARKER

cc: Stephen Simpson, Esq.